*Conklin & McBeath, for appellants.*

*G. W. Stone, for appellee.*

---

HENRY CLAY MCKEE v. PETER WALKER.

[Abstract Kentucky Law Reporter, Vol. 2—320.]

**Title of Purchaser at Tax Sale.**

　　Before a purchaser of property at a tax sale is entitled to recover possession of the property in a suit he must allege and prove facts showing that the property was listed for taxation, or that a levy was made on the property for taxes, and that the sheriff, before he

made the levy, tendered a receipt and demanded payment. A general statement that the sale was proper and that all the steps were taken authorizing such a sale is insufficient.

## APPEAL FROM MONTGOMERY CIRCUIT COURT.

### March 15, 1881.

OPINION BY JUDGE PRYOR:

It does not appear from this record that the property sold for taxes was ever listed for taxation, nor that any levy was made on the property for taxes. Neither does it appear that the sheriff, before he made the levy, tendered a receipt for the taxes to the owner or demanded payment. A general statement alleging that the sale was proper and that all the steps were taken authorizing such a sale is insufficient. The pleader must allege facts showing that none of the requirements are wanting before he can receive possession as a purchaser in such cases.

Judgment *affirmed.*

*J. J. Cornelison, for appellant.*

*O. S. Tenny, for appellee.*